ANNA W. WOODWARD, Appellant, *v.* NEW YORK RAILWAYS COMPANY, Respondent.

(Submitted July 11, 1917; decided July 11, 1917.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 221 N. Y. 538.)

---

JAMES G. MARTIN, Respondent, *v.* HUGH N. CAMP, JR., as Executor of FREDERIC E. CAMP, Deceased, et al., Appellants.

(Submitted July 11, 1917; decided July 11, 1917.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 219 N. Y. 170, 627; 220 N. Y. 653.)

---

RUBBER TRADING COMPANY, Respondent, *v.* MANHATTAN RUBBER MANUFACTURING COMPANY, Appellant.

(Submitted July 11, 1917; decided July 11, 1917.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 221 N. Y. 120.)